IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAIL KELEMAN,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　) 2:09-cv-00410-GEB-DAD
　　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　　) ORDER RE: SETTLEMENT
　　　　　　　　　　　　　　　　　　　　　) AND DISPOSITION
NCO FINANCIAL SYSTEMS, INC.,　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　　　)
_____　　 )

　　　　　　On May 27, 2009, the parties filed a Notice of Settlement in which they state "this case has been settled," and that they anticipate filing a stipulation of dismissal of this action "within 30 days." The parties request a deadline be scheduled on or after June 26, 2009 for the filing of the dismissal document. Therefore, a dismissal document shall be filed no later than June 26, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional

1  papers on the date prescribed by the Court may be grounds for
2  sanctions.").

3  Dated:  June 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge